BRIAN R. DAVIS (SBN 160817)
BRD@dkmlawgroup.com
ROBERT S. MCLAY (SBN 176661)
RSM@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Suite 1500,
San Francisco, CA 94111
Telephone:   (415) 421-1100
Facsimile:   (415) 842-0095

Attorneys for Defendant,
GARRISON PROPERTY AND CASUALTY
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE COLPACK and CIERRA COLPACK,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA GROUP dba GARRISON PROPERTY & CASUALTY INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.   2:22-cv-01597-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |

Plaintiffs Kyle Colpack and Cierra Colpack ("Colpacks") and Defendant Garrison Property and Casualty Insurance Company ("Garrison") hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS, the Court's Initial Pretrial Scheduling Order dated September 13, 2022 (Dkt. 9) set the following pertinent case management deadlines:

    a.   Fact Discovery Cutoff:            May 18, 2023

    b.   Expert Disclosures:                July 17, 2023

    c.   Rebuttal Expert Disclosures:   August 16, 2023

-1-
**JOINT STIPULATION TO MODIFY CASE SCHEDULING ORDER
CASE NO. - 2:22-cv-01597-TLN-KJN**

-2-

1            d.   Supplemental Discovery Cutoff:  October 13, 2023

2            e.   Dispositive Motion Deadline:     November 14, 2023

3      WHEREAS, the parties have been diligently engaged in extensive written discovery and
4 continue to await the receipt of document production in response to subpoenas served on non-party
5 entities, the production of which will allow for depositions to move forward and discovery to be
6 completed;

7      WHEREAS, the parties previously agreed upon and set forth a modified case management
8 schedule within their Joint Status Report as filed on November 2, 2022 (Dkt. 10);

9      WHEREAS, following further discovery, including depositions, the parties will be in a
10 position to engage in settlement discussion, and are hopeful the matter will resolve;

11      WHEREAS, the parties agree there is a greater likelihood settlement will be reached in this
12 matter with additional time, and with the avoidance of expending fees on retaining expert
13 witnesses;

14      WHEREAS, the parties believe that a brief continuance of the case management deadlines,
15 as previously set forth within the Joint Status Report, is warranted to allow for further settlement
16 negotiations and resolution of the matter;

17      WHEREAS, the parties have not previously sought any time modifications in this case;

18      WHEREAS, the parties agree they will not be prejudiced by the continuance of the
19 discovery deadlines in this case;

20      WHEREAS, based upon the foregoing the parties believe good cause exists for the
21 modification of the Court's Initial Pretrial Scheduling Order;

22      THEREFORE. IT IS HEREBY STIPULATED THAT the parties, by and through their
23 counsel, jointly and respectfully request that the Court modify the case management deadlines in
24 this case as follows:

25          a.   Fact Discovery Cutoff:         August 18, 2023

26          b.   Expert Disclosures:           October 16, 2023

27          c.   Rebuttal Expert Disclosures:   November 20, 2023

28          d.   Supplemental Discovery Cutoff:  January 16, 2024

1        e.   Dispositive Motion Deadline:     February 13, 2024

3 SO STIPULATED.

Dated: 5/15/2023                        DKM Law Group, LLP

By: */s/ Brian R. Davis*
    Brian R. Davis
    brd@dkmlawgroup.com
    Jessica J. Ross
    jjr@dkmlawgroup.com
    DKM LAW GROUP, LLP
    535 Pacific Avenue, Ste. 101
    San Francisco, CA 94133
    Attorneys for Defendant
    GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

Dated: 5/15/2023                        SCHILLECI & TORTORICI, P.C.

By: */s/ Jason P. Tortorici*
    Jason P. Tortorici
    Schilleci & Tortorici, P.C.
    21361 Pacific Coast Hwy, Ste. A
    Malibu, CA 90265
    Attorneys for Plaintiffs
    KYLE COLPACK and CIERRA COLPACK

# **ORDER**

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the Pretrial Scheduling Order as set on September 13, 2022 (Dkt. 9) is hereby modified as follows:

1. Fact Discovery Cutoff:               August 18, 2023
2. Expert Disclosures:                   October 16, 2023
3. Rebuttal Expert Disclosures:      November 20, 2023
4. Supplemental Discovery Cutoff: January 16, 2024
5. Dispositive Motion Deadline:     February 13, 2024

ORDERED and dated this 15th day of May, 2023.

_____
Troy L. Nunley
United States District Judge