BRIAN R. DAVIS (SBN 160817)
BRD@dkmlawgroup.com
ROBERT S. MCLAY (SBN 176661)
RSM@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM L**AW **G**ROUP**, LLP**
50 California Street, Suite 1500,
San Francisco, CA 94111
Telephone:   (415) 421-1100
Facsimile:   (415) 842-0095

Attorneys for Defendant,
GARRISON PROPERTY AND CASUALTY
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE COLPACK and CIERRA COLPACK, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA GROUP dba GARRISON PROPERTY & CASUALTY INSURANCE COMPANY and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO.   2:22-cv-01597-JDP-KJN <br><br> **JOINT STIPULATION AND ORDER TO MODIFY EXPERT DISCLOSURE DEADLINES** |

Plaintiffs Kyle Colpack and Cierra Colpack ("Colpacks") and Defendant Garrison Property and Casualty Insurance Company ("Garrison") hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS, based upon the current case calendar (ECF No. 14), the expert disclosure deadlines are:

    a.   Expert Disclosures:   October 16, 2023

    b.   Rebuttal Expert Disclosures:   November 20, 2023

//

1   WHEREAS, the parties have been diligently engaged in discovery;

2   WHEREAS, the parties have now set Mediation on November 10, 2023;

3   WHEREAS, the parties will participate at mediation in good faith and are hopeful the matter
4   will be resolved;

5   WHEREAS, the parties agree there is a greater likelihood settlement will be reached in this
6   matter with the avoidance of expending fees on retaining expert witnesses;

7   WHEREAS, the parties believe that a brief continuance of the Expert Disclosure and
8   Rebuttal Expert Disclose deadlines are warranted to allow for further settlement negotiations,
9   mediation, and resolution of the matter;

10  WHEREAS, the parties agree they will not be prejudiced by the continuance of the Expert
11  Disclosure and Rebuttal Expert Disclose deadlines in this case;

12  WHEREAS, the parties do not seek to revise the Supplemental Discovery Cutoff, currently
13  set for January 16, 2024 or the Dispositive Motion Deadline, currently set for February 13, 2024;

14  WHEREAS, based upon the foregoing the parties believe good cause exists for the
15  modification of the current case schedule;

16  THEREFORE. IT IS HEREBY STIPULATED THAT the parties, by and through their
17  counsel, jointly and respectfully request that the Court modify the current case calendar in this case
18  as follows:

19      a.  Expert Disclosures:              November 20, 2023
20      b.  Rebuttal Expert Disclosures:     December 4, 2023
21      c.  Supplemental Discovery Cutoff:   January 16, 2024 [ECF 14]
22      d.  Dispositive Motion Deadline:     February 13, 2024 [ECF 14]

23

24  SO STIPULATED.
25  //
26  //
27  //
28  //

1

2  Dated:  September 28, 2023          DKM LAW GROUP, LLP

3

4                                      By: /s/   Brian R. Davis
                                          Brian R. Davis
5                                         brd@dkmlawgroup.com
                                          Jessica J. Ross
6                                         jjr@dkmlawgroup.com
                                          DKM LAW GROUP, LLP
7                                         535 Pacific Avenue, Ste. 101
                                          San Francisco, CA 94133
8                                         Attorneys for Defendant
                                          GARRISON PROPERTY AND CASUALTY
9                                         INSURANCE COMPANY

10

11 Dated:  September 28, 2023          SCHILLECI & TORTORICI, P.C.

12                                     By: /s/   Jason P. Tortorici
13                                        Jason P. Tortorici
                                          Schilleci & Tortorici, P.C.
14                                        21361 Pacific Coast Hwy, Ste. A
                                          Malibu, CA 90265
15                                        Attorneys for Plaintiffs
                                          KYLE COLPACK and CIERRA COLPACK
16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO MODIFY EXPERT DISCLOSURE DEADLINES**
**CASE NO. - 2:22-cv-01597-JDP-KJN**

# **ORDER**

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the current case calendar as set on May 16, 2023 (ECF No. 14) is hereby partially modified as follows:

1. Expert Disclosures:              November 20, 2023
2. Rebuttal Expert Disclosures:     December 4, 2023
3. Supplemental Discovery Cutoff:   January 16, 2024
4. Dispositive Motion Deadline:     February 13, 2024

ORDERED and dated this 28th day of September, 2023.

_____
Troy L. Nunley
United States District Judge